IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SHERWOOD L. BOSTIC,**
**D.O.C. No. 288203**

    **Plaintiff,**

v.                                   Case No.  4:19cv457-MW/CAS

**DEPARTMENT OF CORRECTIONS,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 4.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a court order."  The Clerk shall also close the file.

**SO ORDERED on February 26, 2020.**

                                             **s/Mark E. Walker**
                                             **Chief United States District Judge**